**STATE of Missouri, Respondent,**

v.

**P.W. PETTERSON, Appellant.**

**No. WD 42385.**

Missouri Court of Appeals, Western District.

Aug. 7, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 1990.

Application to Transfer Denied Nov. 20, 1990.

P.W. Petterson, pro se.

James T. Holcomb, Pros. Atty., Trenton, for respondent.

Before LOWENSTEIN, P.J., and CLARK and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from conviction, after trial by court, for class A misdemeanor of driving while his license to operate a motor vehicle was revoked in violation of § 302.321, RSMo 1986.

Judgment affirmed. Rule 30.25(b).